NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAKSHMI ARUNACHALAM,**

*Plaintiff-Appellant*

**v.**

**FREMONT BANCORPORATION, A CALIFORNIA CORPORATION, FREMONT BANK, A CALIFORNIA CORPORATION,**

*Defendants-Appellees*

---

2015-1831

---

Appeal from the United States District Court for the Northern District of California in No. 3:15-cv-00023-EDL, Magistrate Judge Elizabeth D. Laporte.

---

**JUDGMENT**

---

LAKSHMI ARUNACHALAM, Menlo Park, CA, pro se.

RAMSEY M. AL-SALAM, Perkins Coie, LLP, Seattle, WA, for defendants-appellees. Also represented by LANE M. POLOZOLA.

---

THIS CAUSE having been submitted on the briefs and considered, it is

ORDERED and ADJUDGED:

PER CURIAM.

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 9, 2017        /s/ Peter R. Marksteiner
Date        Peter R. Marksteiner
Clerk of Court